IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-80708-DMM

EMILIO R. BELLO,

    Plaintiff,

v.

JOSE VILLANUEVA and SAN VILLA
SHIP MANAGEMENT CO.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANTS WITHOUT PREJUDICE AND CLOSING CASE

On May 30, 2019, Plaintiff filed a complaint in the instant action against Defendants Jose Villanueva and San Villa Ship Management Co. (DE 1). Pursuant to Fed. R. Civ. P. 4(m), Plaintiff was required to serve all Defendants within 90 days of filing the complaint. Plaintiff has not served any defendant. On September 26, 2019, the Court ordered Plaintiff to show cause why it should not dismiss the for failure to serve them by the August 28, 2019 deadline. (DE 8). Plaintiff did not respond even though I warned him that failure to respond to the Order may result in dismissal of this action.

Because Plaintiff has not responded to the Order (DE 8), it is **ORDERED and ADJUDGED** that:

(1) Defendants are **DISMISSED without prejudice**.

(2) The Clerk of Court shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 7th day of October, 2019.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of record;
Emilio R. Bello
14 Pannonia Avenue
Edison, NJ 08817
PRO SE